No. A-950.   BYRNE *v.* BUTLER, WARDEN.   Application for stay of execution of sentence of death, presented to JUSTICE WHITE, and by him referred to the Court, denied.   JUSTICE STEVENS would grant the application.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant the application for stay of execution in order to give the applicant time to file a petition for writ of certiorari and would grant the petition and vacate the death sentence in this case.

No. D-687.   IN RE DISBARMENT OF NAHOOM.   Disbarment entered.   [For earlier order herein, see 485 U. S. 973.]

No. D-714.   IN RE DISBARMENT OF WATKINS.   It is ordered that Marshall Word Watkins, of Houston, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-715.   IN RE DISBARMENT OF YOUTS.   It is ordered that Charles A. Youts, of Waco, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 106, Orig.   ILLINOIS *v.* KENTUCKY.   Request of the secretary to the Special Master for approval of final accounting granted.   [For earlier order herein, see, *e. g.,* 480 U. S. 903.]

No. 109, Orig.   OKLAHOMA ET AL. *v.* NEW MEXICO.   Motion of the Special Master for an order authorizing interim compensation and reimbursement of expenses granted, and the Special Master is awarded $16,771.79.   [For earlier order herein, see, *e. g.,* 484 U. S. 1023.]

No. 87-548.   TRANS WORLD AIRLINES, INC. *v.* INDEPENDENT FEDERATION OF FLIGHT ATTENDANTS.   C. A. 8th Cir.   [Certiorari granted, 485 U. S. 958.]   Motions of Chamber of Commerce of the United States of America, Airline Industrial Relations Con-